UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| LORI HOUSTON,<br><br>  Plaintiff,<br><br>vs.<br><br>ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.*,<br><br>  Defendants. | Case No. 3:12-cv-00117-LRH-WGC<br><br>ORDER REGARDING<br>EARLY NEUTRAL EVALUATION |

WHEREAS, Local Rule 16-5 provides that the Court may, in its discretion and at any time, set any appropriate civil case for settlement conference or any other alternative method of dispute resolution, and

WHEREAS, Early Neutral Evaluations before a neutral Magistrate Judge pursuant to Local Rule 16-6 have proven to be an effective method of dispute resolution, and

WHEREAS, this action appears to be an appropriate civil case to undergo Early Neutral Evaluation even though Local Rule 16-6 does not normally apply to this type of case, and GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that this action shall undergo Early Neutral Evaluation by Magistrate Judge Valerie P. Cooke and shall be held no later than sixty (60) days from the entry of this order. The parties shall comply with the procedural requirements of Local Rule 16-6.

///

///

///

1     The Parties are instructed to contact Courtroom Deputy Clerk Lisa Mann at (775) 686-
2 5653 within ten (10) days to schedule the Early Neutral Evaluation in this action.

4     IT IS SO ORDERED.
5     DATED this 23rd day of March, 2012.

*/s/ Larry R. Hicks*

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE