**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| LORI HOUSTON, | 3:12-cv-00117-HDM-WGC |
| Plaintiff, | |
| vs. | ORDER |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY, *et al.* | |
| Defendants. | |

Pursuant to the parties' stipulation, plaintiff's second and third claims for relief, including any claim for punitive damages, have been dismissed without prejudice. Accordingly, the defendant's motion for partial summary judgment (#32) is **DENIED AS MOOT**, and the hearing on said motion scheduled for Tuesday, April 30, 2013, at 10:30 a.m. is **VACATED**. Trial on the plaintiff's remaining claim will be set at a date and time convenient to the parties and the court.

**IT IS SO ORDERED.**

DATED: This 25th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE